IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | NO. 3-06-MD-1760 |
| ) | JUDGE CAMPBELL |
| This Document Relates To Case Number: ) | |
| 03-06-1128(High) ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 6743), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Docket No. 6583) the above-captioned case is GRANTED, and this action (Case No. 3-6-cv-1128) is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE